COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Andrew Hayward Jackson, Jr. v. Fort Bend County, Fort Bend County Drainage District, Fort Bend County Emergency Service District No. 7, Fort Bend County Fresh Water Supply District No. 01, Fort Bend County General Fund, and Fort Bend County Independent School District

Appellate case number:      01-22-00880-CV

Trial court case number:      21-DCV-282688

Trial court:      240th District Court of Fort Bend County

Appellant, Andrew Hayward Jackson, Jr., filed a notice of appeal from the trial court's October 25, 2022 final judgment. On December 19, 2022, appellant filed a "Motion for Leave to Proceed In Forma Pauperis," requesting that he be permitted to proceed on appeal without payment of costs. Appellant's motion was denied on January 5, 2023, because the motion did not state whether appellant was permitted to proceed without payment of costs in the trial court; nor did appellant's motion reflect that he filed an affidavit of indigence or Statement of Inability to Pay Costs in the trial court. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1(b). Further, appellant's motion to this Court also did not include a Statement of Inability to Pay Costs, or any other evidence of indigency. *See* TEX. R. APP. P. 20.1(c).

On January 17, 2023, appellant filed a "Motion for Reconsideration to Proceed In Forma Pauperis." With his motion, appellant attached a completed Statement of Inability to Pay Costs, stating that he is currently incarcerated by the Texas Department of Criminal Justice, Institutional Division, and has no income. The Court concludes that this is sufficient evidence of appellant's inability to afford payment of costs on appeal.

Accordingly, appellant's "Motion for Reconsideration to Proceed In Forma Pauperis" is **granted**. *See* TEX. R. APP. P. 20.1(b), (c). **The Clerk of this Court is directed to make an entry in this Court's records that appellant is permitted to proceed on appeal without payment of costs**. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____

☑ Acting individually ☐ Acting for the Court

Date: ___January 24, 2023_____